**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE (T.R.S.),<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM HOTELS AND RESORTS; SKAVP ENTERPRISES, LP; VITARAG HOSPITALITY, INC.; MARRIOT INTERNATIONAL, INC. D/B/A COURTYARD BY MARRIOT SAN JOSE CAMPBELL; and CAMPBELL HHG HOTEL DEVELOPMENT, LP,<br><br>Defendants. | Case No. 2:23-cv-01676-KJN<br><br>Hon. Kendall J. Newman<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE DEFENDANT WYNDHAM HOTELS AND RESORTS AND DEFENDANT SKAVP ENTERPRISES, LP** |

The Court has received and reviewed Plaintiff's Motion to Extend Time to Serve Defendant Wyndham Hotels and Resorts and Defendant SKAVP Enterprises, LP.

Based on the Motion and good cause appearing, it is hereby ordered that Plaintiff's Motion to Extend Time to Serve Defendant Wyndham Hotels and Resorts and Defendant SKAVP Enterprises, LP is GRANTED. The hearing on this motion currently set for December 19, 2023, at 9:00 A.M., is hereby VACATED.

Dated:  November 15, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1676.Doe.TRS