C. Moze Cowper (SBN: 326614)
COWPER LAW PC
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707
Email: mcowper@cowperlaw.com

Edward Fisher (*Pro Hac Vice*)
Patrick Barrett (*Pro Hac Vice*)
PROVOST UMPHREY LAW FIRM
350 Pine Street, Suite 1100
Beaumont, Texas 77701
Telephone: 409.838.8813
Email: efisher@pulf.com
Email: pbarrett@pulf.com

*Attorneys for Plaintiff Jane Doe T.R.S.*

Ellen E. Dew, *Pro Hac Vice forthcoming*
Michael P. O'Day, *Pro Hac Vice forthcoming*
DLA PIPER LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: +1.410.580.3000
Email: ellen.dew@us.dlapiper.com
Email: michael.oday@us.dlapiper.com

Amanda L. Morgan (SBN: 246277)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: +1.415.836.2500
Email: amanda.morgan@us.dlapiper.com

*Attorneys for Defendant*
*Marriott International, Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE (T.R.S.), | Case No. 2:23-CV-01676-DAD-KJN |
| Plaintiff, | Hon. Kendall J. Newman |
| v. | **JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT MARRIOTT INTERNATIONAL, INC. TO FILE RESPONSIVE PLEADING** |
| WYNDHAM HOTELS AND RESORTS; SKAVP ENTERPRISES, LP; VITARAG HOSPITALITY, INC.; MARRIOTT INTERNATIONAL, INC. D/B/A COURTYARD BY MARRIOTT SAN JOSE CAMPBELL; and CAMPBELL HHG HOTEL DEVELOPMENT, LP, | |
| Defendants. | |

Plaintiff Jane Doe T.R.S. and Defendant Marriott International, Inc. ("Marriott") by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed her Complaint on August 11, 2023, alleging violations of 18 U.S.C. § 1595, the Trafficking Victims Protection Reauthorization Act ("TVPRA") against Marriott and various other entities, who are not parties to this stipulation.

WHEREAS, on November 8, 2023, Plaintiff attempted service on Marriott, which was not effective.

WHEREAS, on November 16, 2023, Marriott agreed to accept service of the Complaint.

WHEREAS, counsel for the undersigned parties have conferred and agreed to extend by no more than twenty-eight (28) days the deadline for Marriott to respond to the Complaint.

WHEREAS, Plaintiff's counsel agreed to a new deadline of **December 29, 2023** for Marriott to answer or otherwise plead in response to the Complaint, so that Marriott may investigate the allegations of the Complaint and prepare an appropriate response.

WHEREAS, this extension is sought in good faith and not for purposes of delay.

WHEREAS, no prior requests for an extension of time have been made and the requested enlargement of time for Marriott will not prejudice any of the parties involved in this case.

**THE PARTIES HEREBY STIPULATE AND AGREE** that the deadline for Marriott to answer or otherwise plead in response to the Complaint is extended up to and including **December 29, 2023.**

Respectfully submitted,

Dated: November 21, 2023

By: */s/ Patrick Barrett* (as authorized on November 20, 2023)
Patrick Barrett (Pro Hac Vice)
Attorney for Plaintiff Jane Doe T.R.S.

Dated: November 21, 2023

By: */s/ Amanda Morgan*
Amanda Morgan
Attorney for Defendant
Marriott International, Inc.

**IT IS SO ORDERED.**

Dated: December 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

.1676.doe

ACTIVE\1605616511.1