

# United States District Court
# Eastern District of California

Jane Doe (T.R.S.)

Plaintiff(s)

V.

Wyndham Hotels and Resorts, et. al

Defendant(s)

Case Number: 2:23-cv-01676-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Virginia R. Callahan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Marriott International, Inc.

On December 16, 2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 5/27/2026

Signature of Applicant: /s/ Virginia R. Callahan

**Pro Hac Vice Attorney**

Applicant's Name: Virginia R. Callahan

Law Firm Name: DLA Piper LLP (US)

Address: 650 South Exeter Street

Suite 1100

City: Baltimore     State: MD     Zip: 21202

Phone Number w/Area Code: (410) 580-4328

City and State of Residence: Bradenton, Florida

Primary E-mail Address: virginia.callahan@us.dlapiper.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Amanda Morgan

Law Firm Name: DLA Piper LLP (US)

Address: 555 Mission Street

Suite 2400

City: San Francisco     State: CA     Zip: 94105

Phone Number w/Area Code: (415) 836-2500     Bar # CA-246277

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 27, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT